IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| DEBORAH JENKINS, INDIVIDUALLY AND ON BEHALF OF ANY AND ALL WRONGFUL DEATH BENEFICIARIES OF KRISTINA DUKES, DECEASED (PROBATE PENDING) <br><br> Plaintiffs, <br><br> v. <br><br> COCKE COUNTY, TENNESSEE, ROB MATHIS, MAYOR OF COCKE COUNTY; COCKE COUNTY SHERIFF'S OFFICE; C.J. BALL, SHERIFF, CCSO; DOUG ATKINS, CHIEF DEPUTY, CCSO; JOHN DOE 1, JAIL ADMINISTRATOR, CCSO; JOHN DOE 2, ASSISTANT CHIEF JAIL ADMINISTRATOR, CCSO; LIEUTENANT J. GORRELL, CCSO; SERGEANT ARIC HAMPTON, CCSO; DEPUTY RAE EDISON, CCSO; DEPUTY E. STOKELY, CCSO; DEPUTY J. JOHSON, CCSO; DEPUTY L. HEMBREE, CCSO; DEPUTY K. COMBS, CCSO; CITY OF NEWPORT; ROLAND DYKES, III, MAYOR OF NEWPORT; JAMES FINCHAM, CITY OF NEWPORT CITY ADMINISTRATOR; CITY OF NEWPORT POLICE DEPARTMENT; CHIEF SCOTT LAMB, NPD; OFFICER SHELTON, NPD; OFFICER P. WEBER, NPD; OFFICER WRIGHT, NPD; JOHN DOE COMPANY 1 ("COCKE COUNTY JAIL MEDICAL") ; JANE DOE 1 ("NURSE SHERRY"), all Individually and in their Official Capacities with the Cocke County, Cocke County Sheriff's Office, City of Newport, City of Newport Police Department, and John Doe Company 1, <br><br> Defendants. | No.: 3:25-cv-00087 <br><br> JURY DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS CITY OF NEWPORT, ROLAND DYKES, III, JAMES FINCHAM, CHIEF SCOTT LAMB, OFFICER SHELTON, OFFICER P. WEBER AND OFFICER WRIGHT

Defendants City of Newport, Roland Dykes, III, James Fincham, Chief Scott Lamb, Officer Shelton, Officer E. Weber and Officer Wright hereby appear and give notice that Dan R. Pilkington of the Law Firm of Watson, Roach, Batson & Lauderback, P.L.C., P.O. Box 131, Knoxville,

Tennessee 37901-0131, telephone number (865) 637-1700, will appear as lead counsel of record for the aforementioned Defendants in the above-captioned matter.

Respectfully Submitted this 5th day of December 2025.

CITY OF NEWPORT, ROLAND DYKES, III, JAMES FINCHAM, CHIEF SCOTT LAMB, OFFICER SHELTON, OFFICER P. WEBER and OFFICER WRIGHT

By: /s/*Dan R. Pilkington*
DAN R. PILKINGTON, BPR No. 024660
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
1500 Riverview Tower
900 South Gay Street, P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700
dpilkington@watsonroach.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

*Attorneys for Plaintiff*
Bob Dziewulski
Ashleigh Beer-Vineyard
DZ LAW, PLLC
4315 Kingston Pike, Suite 210
Knoxville, Tennessee 37919
bobdz@dzlaw.law
ashleighbeer@dzlaw.law

*Attorney for Defendants Cocke County, Tennessee*
*Rob Mathis, Cocke County Sheriff's Office, C. J. Ball and Doug Atkins*
Jeffrey M. Ward
Milligan & Coleman, PLLP
P. O. Box 1060
Greeneville, Tennessee 37744-1060
jward@milligan&coleman.com

Dated this 5th day of December 2025.

>/s/*Dan R. Pilkington*
>DAN R. PILKINGTON, BPR No. 024660